```
            IN THE UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF ARKANSAS
                      WESTERN DIVISION
```

UNITED STATES OF AMERICA

v.                              NO. 4:07cr00155  SWW

ROBERT DAVID GADDIS, II

### ORDER AMENDING JUDGMENT

   The United States Probation Office has requested that the Court modify the Judgment and Commitment filed September 29, 2008 [doc #24] to include the condition "*participate in a life skills program, if available, and which participation may include residential or day treatment under the guidance and direction of the U. S. Probation Office.*" The Probation Officer advised that there is no objection by the government or the defendant.  The Court was further advised that the defendant has an account with the Bank of Brinkley containing eight-thousand dollars and defendant has been loaning money to other incarcerated persons.  The Probation Officer has further requested that a condition be included in his Judgment and Commitment that he "*not participate in loaning money to other persons.*"

IT IS THEREFORE ORDERED that the Judgment and Commitment be amended to reflect the conditions "*that defendant participate in a life skills program, if available, and which participation may include residential or day treatment under the guidance and direction of the U. S. Probation*

*Office*" and "*that defendant not participate in loaning money to other persons*" and that all other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

IT IS SO ORDERED, this 2nd day of October, 2008.

/s/Susan Webber Wright
United States District Judge