```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                    WESTERN DIVISION
```

UNITED STATES OF AMERICA

vs.                              NO.  4:07CR00155-001 SWW

ROBERT DAVID GADDIS, II

## ORDER

The above entitled cause came on for hearing on the government's motion to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  Based on the statements made on the record, the Court found that the defendant has violated his conditions of supervised release without just cause.  However, the Court has determined that defendant's supervised release should not be revoked at this time but instead will modify the conditions of his supervised release.

IT IS THEREFORE ORDERED that defendant's term of supervised release shall be modified to include the following special conditions:

1. Defendant shall be placed in a residential re-entry center for a period of SIX (6) MONTHS under the guidance and supervision of the U. S. Probation Office.

2. Defendant shall participate in an available life skills program, such as the Up and Up Program, which may include residential or day treatment, under the guidance and supervision of the U. S. Probation Office.

3. Defendant shall not loan his money to others.

4. Defendant shall adhere to living arrangements that have been approved by the U. S. Probation Office.

5. The defendant shall participate in mental health counseling under the guidance and supervision of the U. S. Probation Office.

6. Defendant shall not obtain employment at an institution insured by the FDIC or a federal credit union.

7. Defendant shall take all prescribed medications as they have been prescribed for him.

All other conditions of defendant's supervised release previously imposed

shall continue and remain in full force and effect until the expiration of his term of supervised release.

The Court reminds defendant that any further violation of the terms of his supervised release could result in revocation of his release.

Defendant shall reside with his sister until such time as a place at the designated residential re-entry facility has been established.

IT IS FURTHER ORDERED that the government's petition to revoke defendant's supervised release [doc #26] is **dismissed** without prejudice.

IT IS SO ORDERED this 31st day of August 2009.

/s/Susan Webber Wright
United States District Judge