```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                     WESTERN DIVISION
```

UNITED STATES OF AMERICA

vs.                              NO.  4:07CR00155-001 SWW

ROBERT DAVIS GADDIS, II

**CLARIFICATION ORDER**

The Court's order entered August 31, 2009, contained language that did not reflect the Court's intent.

IT IS THEREFORE ORDERED that condition #1 of the Court's order (doc #34) shall be modified as follows:

1. The defendant shall be placed in a residential re-entry center for a period of up to six months under the guidance and supervision of the U. S. Probation Office.  In the event the U. S. Probation Office obtains a suitable placement, Mr. Gaddis may be discharged from the residential re-entry center prior to expiration of the six months.

All other conditions previously imposed shall continue and remain in full force and effect until the expiration of his term of supervised release.

IT IS SO ORDERED this 30th day of November 2009.

/s/Susan Webber Wright

United States District Judge