**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                                    NO.  4:07CR00155-001 SWW

ROBERT DAVID GADDIS, II

<u>ORDER</u>

The above entitled cause came on for hearing on the government's motion to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  Upon the basis of statements on the record, the Court has determined that defendant's supervised release should not be revoked at this time but instead will modify the conditions.

IT IS THEREFORE ORDERED that defendant's term of supervised release shall be modified to include the following special conditions:

> 1. Defendant shall take medications prescribed for his mental health by injection when possible under the guidance and supervision of the U.S. Probation Office.
>
> 2. The defendant shall be placed in a community confinement facility for a period of up to three (3) months under the guidance and supervision of the U. S. Probation Office.  In the event the U. S. Probation Office obtains a suitable placement, Mr. Gaddis may be discharged from the residential re-entry center prior to the three months.

IT IS FURTHER ORDERED that the government's petition to revoke defendant's supervised release [doc #39] is dismissed with prejudice.

All other conditions previously imposed shall continue and remain in full force and effect until the expiration of his term of supervised release.

IT IS SO ORDERED this 2nd day of April 2010.

<u>/s/Susan Webber Wright</u>
United States District Judge